# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Shirleen Miles Roberson<br>　　　　　　　　　Debtor(s) | |
| | CHAPTER 13 |
| American Heritage Federal Credit Union, its successors and/or assigns<br>　　　　　　　　　Movant<br>　　　vs. | |
| | NO. 21-10775 ELF |
| Shirleen Miles Roberson<br>　　　　　　　　　Debtor(s) | |
| Kenneth E. West<br>　　　　　　　　　Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Motion for Relief from Stay of American Heritage Federal Credit Union, which was filed with the Court on or about July 7, 2022 (document No. 40).

　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　/s/ Rebecca A. Solarz, Esq.
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　Phone: (215)-627-1322

Dated: 7/12/2022