# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Shirleen Miles Roberson<br>                    Debtor(s)<br><br>American Heritage Federal Credit Union, its successors and/or assigns<br>                    Movant<br>         vs.<br><br>Shirleen Miles Roberson<br>                    Debtor(s)<br><br>Kenneth E. West<br>                    Trustee | CHAPTER 13<br><br><br><br>NO. 21-10775 ELF<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Motion for Relief from Stay of American Heritage Federal Credit Union, which was filed with the Court on or about October 12, 2022, document number 44.

                                        Respectfully submitted,


                                        /s/ Denise Carlon, Esq.
                                        _____
                                        Denise Carlon, Esquire
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA  19106
                                        Phone: (215)-627-1322

Dated: 11/11/2022