Certificate Number: 12433-PAE-DE-040388926

Bankruptcy Case Number: 21-10775



12433-PAE-DE-040388926

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 7, 2025, at 10:04 o'clock PM EST, Shirleen Miles Roberson completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   December 8, 2025          By:   /s/Lisa Susoev

                                  Name: Lisa Susoev

                                  Title: Teacher