UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| SHIRLEEN MILES ROBERSON | : | |
| | : | |
| DEBTOR | : | BKY NO: 21-10775 - DJB |

## WITHDRAWAL OF APPEARANCE OF COUNSEL FOR DEBTOR

TO THE CLERK:

AND NOW comes Brandon J. Perloff, Esquire, and respectfully withdraws his appearance as counsel for the Debtor in the above-captioned bankruptcy matter. Brandon J. Perloff is no longer counsel for the Debtor and requests that he no longer receive notices or service of papers in this case.

Respectfully submitted,

By: /s/ Brandon Perloff
Brandon J. Perloff, Esquire
2444 Huntingdon Pike
Huntingdon Valley, PA 19006
P: (215) 947-6240
F: (215) 947-6254
E: bperloff@howlandhess.com

## ENTRY OF APPEARANCE OF COUNSEL FOR DEBTOR

TO THE CLERK:

AND NOW comes Frank TJ Dillon, Esquire, of Howland Hess Birnbaum, and hereby enters his appearance as counsel for the Debtor in the above-captioned bankruptcy matter.

HOWLAND HESS BIRNBAUM

By: /s/ Frank TJ Dillon
Frank TJ Dillon, Esquire
2444 Huntingdon Pike
Huntingdon Valley, PA 19006
P: (215) 947-6240
F: (215) 947-6254
E: tjdillon@howlandhess.com

Date: 1/9/2026

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| SHIRLEEN MILES ROBERSON | : | |
| | : | |
| DEBTOR | : | BKY NO: 21-10775 - DJB |

**CERTIFICATE OF SERVICE**

I certify that on the date of filing, a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Debtor was filed electronically. Notice of this filing will be sent to all parties registered with the Clerk to receive electronic notice via the CM/ECF system.

Date: 1/9/2026                                    Respectfully submitted,

                                                  By: /s/ Brandon Perloff
                                                  Brandon J. Perloff, Esquire
                                                  2444 Huntingdon Pike
                                                  Huntingdon Valley, PA 19006
                                                  P: (215) 947-6240
                                                  F: (215) 947-6254
                                                  E: bperloff@howlandhess.com