**Fill in this information to identify the case:**

Debtor 1     **SHIRLEEN MILES ROBERSON**

Debtor 2
(Spouse, if filing)

Unites States Bankruptcy Court for the:   **Eastern District of Pennsylvania**

                                              (State)

Case Number    **21-10775-DJB**

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made      **12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

| Part 1: | Mortgage Information |
|---|---|

**Name of claim holder:**   PHILA. FEDERAL CREDIT UNION

**Court claim no.** (if known):
7

**Last 4 digits** of any number you use to identify the debtor's account:    3   8   1   1

**Property Address:**      1810 E. PASTORIUS STREET
                      Number      Street

                      Philadelphia                           PA     19138
                      City                                     State    ZIP Code

| Part 2: | Statement of Completion |
|---|---|

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

| Part 3: | Arrearages |
|---|---|

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 1,017.48 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 1,017.48 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. Total amount of arrearages disbursed by the trustee: | $ 1,017.48 |

**Part 4:**    **Postpetition Payment**

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:          $ _____ -0-

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on
_____. All subsequent ongoing mortgage payments must be made directly by the debtor to
the mortgage claimant.

**Part 5:**    **Postpetition Fees, Expenses, and Charges**

 Amount of postpetition fees, expenses, and charges disbursed by the trustee:          $ _____ -0-

**Part 6:**    **A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/ Kenneth E. West _____          Date    04/15/2026 _____
 Signature

Trustee    Kenneth E. West _____
 First Name          Middle Name          Last Name

Address    190 N. Independence Mall West, Suite 701 _____
 Number          Street

Philadelphia _____          PA    19106 _____
 City                    State    ZIP Code

Contact phone  (215) 627-1377 _____          Email  info@ph13trustee.com _____

| Debtor 1 | SHIRLEEN MILES ROBERSON | | Case Number 21-10775-DJB | Page 1 |
| | Name | | | |

## History Of Payments

### Part 3 - b (Prepetition Arrears)

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 7 | PHILADELPHIA FEDERAL CRE | Secured Arrears Mortgage | 02/07/2022 | 3006025 | Disbursement To Creditor/Principal | 31.43 |
| 7 | PHILADELPHIA FEDERAL CRE | Secured Arrears Mortgage | 03/07/2022 | 3007262 | Disbursement To Creditor/Principal | 20.52 |
| 7 | PHILADELPHIA FEDERAL CRE | Secured Arrears Mortgage | 04/12/2022 | 3008657 | Disbursement To Creditor/Principal | 20.52 |
| 7 | PHILADELPHIA FEDERAL CRE | Secured Arrears Mortgage | 05/11/2022 | 3010021 | Disbursement To Creditor/Principal | 20.52 |
| 7 | PHILADELPHIA FEDERAL CRE | Secured Arrears Mortgage | 06/09/2022 | 3011270 | Disbursement To Creditor/Principal | 20.53 |
| 7 | PHILADELPHIA FEDERAL CRE | Secured Arrears Mortgage | 07/12/2022 | 3012557 | Disbursement To Creditor/Principal | 20.51 |
| 7 | PHILADELPHIA FEDERAL CRE | Secured Arrears Mortgage | 08/16/2022 | 3013868 | Disbursement To Creditor/Principal | 20.53 |
| 7 | PHILADELPHIA FEDERAL CRE | Secured Arrears Mortgage | 09/08/2022 | 3015027 | Disbursement To Creditor/Principal | 20.51 |
| 7 | PHILADELPHIA FEDERAL CRE | Secured Arrears Mortgage | 10/11/2022 | 3016194 | Disbursement To Creditor/Principal | 20.53 |
| 7 | PHILADELPHIA FEDERAL CRE | Secured Arrears Mortgage | 11/15/2022 | 3017479 | Disbursement To Creditor/Principal | 20.52 |
| 7 | PHILADELPHIA FEDERAL CRE | Secured Arrears Mortgage | 12/13/2022 | 3018741 | Disbursement To Creditor/Principal | 20.52 |
| 7 | PHILADELPHIA FEDERAL CRE | Secured Arrears Mortgage | 01/10/2023 | 3019968 | Disbursement To Creditor/Principal | 20.52 |
| 7 | PHILADELPHIA FEDERAL CRE | Secured Arrears Mortgage | 02/08/2023 | 3021167 | Disbursement To Creditor/Principal | 20.52 |
| 7 | PHILADELPHIA FEDERAL CRE | Secured Arrears Mortgage | 03/09/2023 | 3022421 | Disbursement To Creditor/Principal | 20.52 |
| 7 | PHILADELPHIA FEDERAL CRE | Secured Arrears Mortgage | 04/12/2023 | 3023673 | Disbursement To Creditor/Principal | 20.52 |
| 7 | PHILADELPHIA FEDERAL CRE | Secured Arrears Mortgage | 05/09/2023 | 3024933 | Disbursement To Creditor/Principal | 20.53 |
| 7 | PHILADELPHIA FEDERAL CRE | Secured Arrears Mortgage | 06/13/2023 | 3026115 | Disbursement To Creditor/Principal | 20.51 |
| 7 | PHILADELPHIA FEDERAL CRE | Secured Arrears Mortgage | 07/13/2023 | 3027251 | Disbursement To Creditor/Principal | 20.52 |
| 7 | PHILADELPHIA FEDERAL CRE | Secured Arrears Mortgage | 08/15/2023 | 3028394 | Disbursement To Creditor/Principal | 20.53 |
| 7 | PHILADELPHIA FEDERAL CRE | Secured Arrears Mortgage | 09/18/2023 | 3029574 | Disbursement To Creditor/Principal | 20.52 |
| 7 | PHILADELPHIA FEDERAL CRE | Secured Arrears Mortgage | 10/10/2023 | 3030588 | Disbursement To Creditor/Principal | 20.52 |
| 7 | PHILADELPHIA FEDERAL CRE | Secured Arrears Mortgage | 11/09/2023 | 3031563 | Disbursement To Creditor/Principal | 20.07 |
| 7 | PHILADELPHIA FEDERAL CRE | Secured Arrears Mortgage | 12/21/2023 | 4000426 | Disbursement To Creditor/Principal | 20.07 |
| 7 | PHILADELPHIA FEDERAL CRE | Secured Arrears Mortgage | 01/16/2024 | 4001281 | Disbursement To Creditor/Principal | 20.08 |
| 7 | PHILADELPHIA FEDERAL CRE | Secured Arrears Mortgage | 02/12/2024 | 4002187 | Disbursement To Creditor/Principal | 20.07 |
| 7 | PHILA. FEDERAL CREDIT UNI | Secured Arrears Mortgage | 03/12/2024 | 4003096 | Disbursement To Creditor/Principal | 20.08 |
| 7 | PHILA. FEDERAL CREDIT UNI | Secured Arrears Mortgage | 04/10/2024 | 4004013 | Disbursement To Creditor/Principal | 20.07 |
| 7 | PHILA. FEDERAL CREDIT UNI | Secured Arrears Mortgage | 05/13/2024 | 4004923 | Disbursement To Creditor/Principal | 20.08 |
| 7 | PHILA. FEDERAL CREDIT UNI | Secured Arrears Mortgage | 06/14/2024 | 4005851 | Disbursement To Creditor/Principal | 20.07 |
| 7 | PHILA. FEDERAL CREDIT UNI | Secured Arrears Mortgage | 07/17/2024 | 4006803 | Disbursement To Creditor/Principal | 20.08 |
| 7 | PHILA. FEDERAL CREDIT UNI | Secured Arrears Mortgage | 08/14/2024 | 4007730 | Disbursement To Creditor/Principal | 20.07 |
| 7 | PHILA. FEDERAL CREDIT UNI | Secured Arrears Mortgage | 09/11/2024 | 4008574 | Disbursement To Creditor/Principal | 20.08 |
| 7 | PHILA. FEDERAL CREDIT UNI | Secured Arrears Mortgage | 10/16/2024 | 4009440 | Disbursement To Creditor/Principal | 20.07 |
| 7 | PHILA. FEDERAL CREDIT UNI | Secured Arrears Mortgage | 11/13/2024 | 4010356 | Disbursement To Creditor/Principal | 20.30 |
| 7 | PHILA. FEDERAL CREDIT UNI | Secured Arrears Mortgage | 12/11/2024 | 4011194 | Disbursement To Creditor/Principal | 20.30 |
| 7 | PHILA. FEDERAL CREDIT UNI | Secured Arrears Mortgage | 01/15/2025 | 4012048 | Disbursement To Creditor/Principal | 20.30 |
| 7 | PHILA. FEDERAL CREDIT UNI | Secured Arrears Mortgage | 02/12/2025 | 4012908 | Disbursement To Creditor/Principal | 20.30 |
| 7 | PHILA. FEDERAL CREDIT UNI | Secured Arrears Mortgage | 03/12/2025 | 4013759 | Disbursement To Creditor/Principal | 20.30 |
| 7 | PHILA. FEDERAL CREDIT UNI | Secured Arrears Mortgage | 04/15/2025 | 4014616 | Disbursement To Creditor/Principal | 20.30 |
| 7 | PHILA. FEDERAL CREDIT UNI | Secured Arrears Mortgage | 05/14/2025 | 4015498 | Disbursement To Creditor/Principal | 20.30 |
| 7 | PHILA. FEDERAL CREDIT UNI | Secured Arrears Mortgage | 06/11/2025 | 4016360 | Disbursement To Creditor/Principal | 20.30 |
| 7 | PHILA. FEDERAL CREDIT UNI | Secured Arrears Mortgage | 07/16/2025 | 4017181 | Disbursement To Creditor/Principal | 20.30 |
| 7 | PHILA. FEDERAL CREDIT UNI | Secured Arrears Mortgage | 08/13/2025 | 4018029 | Disbursement To Creditor/Principal | 20.30 |
| 7 | PHILA. FEDERAL CREDIT UNI | Secured Arrears Mortgage | 09/10/2025 | 4018867 | Disbursement To Creditor/Principal | 20.30 |
| 7 | PHILA. FEDERAL CREDIT UNI | Secured Arrears Mortgage | 10/15/2025 | 4019715 | Disbursement To Creditor/Principal | 20.29 |
| 7 | PHILA. FEDERAL CREDIT UNI | Secured Arrears Mortgage | 11/19/2025 | 4020609 | Disbursement To Creditor/Principal | 20.30 |
| 7 | PHILA. FEDERAL CREDIT UNI | Secured Arrears Mortgage | 12/10/2025 | 4021490 | Disbursement To Creditor/Principal | 20.29 |
| 7 | PHILA. FEDERAL CREDIT UNI | Secured Arrears Mortgage | 01/14/2026 | 4022264 | Disbursement To Creditor/Principal | 20.30 |
| 7 | PHILA. FEDERAL CREDIT UNI | Secured Arrears Mortgage | 02/11/2026 | 4023152 | Disbursement To Creditor/Principal | 20.30 |
| 7 | PHILA. FEDERAL CREDIT UNI | Secured Arrears Mortgage | 03/18/2026 | 4024017 | Disbursement To Creditor/Principal | 9.96 |

| Debtor 1 | **SHIRLEEN MILES ROBERSON** | Case Number **21-10775-DJB** | Page 2 |
|---|---|---|---|
| | Name | | |

# History Of Payments

**Part 3 - b (Prepetition Arrears)**

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| | | | | | Total for Claim Number 7: | 1,017.48 |
| | | | | | **Total for Part 3 - b (Prepetition Arrears):** | **1,017.48** |