**Fill in this information to identify the case:**

Debtor 1    **SHIRLEEN MILES ROBERSON**

Debtor 2
(Spouse, if filing)

Unites States Bankruptcy Court for the:  **Eastern District of Pennsylvania**

(State)

Case Number    **21-10775-DJB**

Official Form 410C13-N

# Trustee's Notice of Disbursements Made

12/25

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

| Part 1: | Mortgage Information |
| --- | --- |

**Name of claim holder:**    PHILA. FEDERAL CREDIT UNION

**Court claim no.**  (if known):
9

**Last 4 digits** of any number you use to identify the debtor's account:    3   8   1   1

**Property Address:**    1810 E. PASTORIUS STREET
Number        Street

Philadelphia                                        PA      19138
City                                                State    ZIP Code

| Part 2: | Statement of Completion |
| --- | --- |

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

| Part 3: | Arrearages |
| --- | --- |

|  | Amount |
| --- | --- |
| a.  Allowed amount of prepetition arrearage: | $          457.69 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $          457.69 |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $          -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $          457.69 |

**Part 4:**   **Postpetition Payment**

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:        $ _____ -0-

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

**Part 5:**   **Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee:        $ _____ -0-

**Part 6:**   **A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✘ /s/ Kenneth E. West _____         Date   04/15/2026
        Signature

Trustee        Kenneth E. West _____
                First Name          Middle Name          Last Name

Address        190 N. Independence Mall West, Suite 701 _____
                Number        Street

                Philadelphia _____    PA    19106 _____
                City                                State    ZIP Code

Contact phone   (215) 627-1377 _____         Email  info@ph13trustee.com _____

| Debtor 1 | **SHIRLEEN MILES ROBERSON** | Case Number **21-10775-DJB** | Page 1 |
|---|---|---|---|
| | Name | | |

# History Of Payments

**Part 3 - b (Prepetition Arrears)**

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 9 | PHILADELPHIA FEDERAL CRI | Secured Arrears Mortgage | 03/07/2022 | 3007262 | Disbursement To Creditor/Principal | 23.37 |
| 9 | PHILADELPHIA FEDERAL CRI | Secured Arrears Mortgage | 05/11/2022 | 3010021 | Disbursement To Creditor/Principal | 18.46 |
| 9 | PHILADELPHIA FEDERAL CRI | Secured Arrears Mortgage | 07/12/2022 | 3012557 | Disbursement To Creditor/Principal | 18.46 |
| 9 | PHILADELPHIA FEDERAL CRI | Secured Arrears Mortgage | 09/08/2022 | 3015027 | Disbursement To Creditor/Principal | 18.47 |
| 9 | PHILADELPHIA FEDERAL CRI | Secured Arrears Mortgage | 11/15/2022 | 3017479 | Disbursement To Creditor/Principal | 18.45 |
| 9 | PHILADELPHIA FEDERAL CRI | Secured Arrears Mortgage | 01/10/2023 | 3019968 | Disbursement To Creditor/Principal | 18.47 |
| 9 | PHILADELPHIA FEDERAL CRI | Secured Arrears Mortgage | 03/09/2023 | 3022421 | Disbursement To Creditor/Principal | 18.46 |
| 9 | PHILADELPHIA FEDERAL CRI | Secured Arrears Mortgage | 05/09/2023 | 3024933 | Disbursement To Creditor/Principal | 18.46 |
| 9 | PHILADELPHIA FEDERAL CRI | Secured Arrears Mortgage | 07/13/2023 | 3027251 | Disbursement To Creditor/Principal | 18.46 |
| 9 | PHILADELPHIA FEDERAL CRI | Secured Arrears Mortgage | 09/18/2023 | 3029574 | Disbursement To Creditor/Principal | 18.47 |
| 9 | PHILADELPHIA FEDERAL CRI | Secured Arrears Mortgage | 11/09/2023 | 3031563 | Disbursement To Creditor/Principal | 18.26 |
| 9 | PHILADELPHIA FEDERAL CRI | Secured Arrears Mortgage | 01/16/2024 | 4001281 | Disbursement To Creditor/Principal | 18.06 |
| 9 | PHILA. FEDERAL CREDIT UNI | Secured Arrears Mortgage | 03/12/2024 | 4003096 | Disbursement To Creditor/Principal | 18.06 |
| 9 | PHILA. FEDERAL CREDIT UNI | Secured Arrears Mortgage | 05/13/2024 | 4004923 | Disbursement To Creditor/Principal | 18.06 |
| 9 | PHILA. FEDERAL CREDIT UNI | Secured Arrears Mortgage | 07/17/2024 | 4006803 | Disbursement To Creditor/Principal | 18.06 |
| 9 | PHILA. FEDERAL CREDIT UNI | Secured Arrears Mortgage | 09/11/2024 | 4008574 | Disbursement To Creditor/Principal | 18.06 |
| 9 | PHILA. FEDERAL CREDIT UNI | Secured Arrears Mortgage | 11/13/2024 | 4010356 | Disbursement To Creditor/Principal | 18.16 |
| 9 | PHILA. FEDERAL CREDIT UNI | Secured Arrears Mortgage | 01/15/2025 | 4012048 | Disbursement To Creditor/Principal | 18.26 |
| 9 | PHILA. FEDERAL CREDIT UNI | Secured Arrears Mortgage | 03/12/2025 | 4013759 | Disbursement To Creditor/Principal | 18.26 |
| 9 | PHILA. FEDERAL CREDIT UNI | Secured Arrears Mortgage | 05/14/2025 | 4015498 | Disbursement To Creditor/Principal | 18.26 |
| 9 | PHILA. FEDERAL CREDIT UNI | Secured Arrears Mortgage | 07/16/2025 | 4017181 | Disbursement To Creditor/Principal | 18.26 |
| 9 | PHILA. FEDERAL CREDIT UNI | Secured Arrears Mortgage | 09/10/2025 | 4018867 | Disbursement To Creditor/Principal | 18.26 |
| 9 | PHILA. FEDERAL CREDIT UNI | Secured Arrears Mortgage | 11/19/2025 | 4020609 | Disbursement To Creditor/Principal | 18.26 |
| 9 | PHILA. FEDERAL CREDIT UNI | Secured Arrears Mortgage | 01/14/2026 | 4022264 | Disbursement To Creditor/Principal | 18.26 |
| 9 | PHILA. FEDERAL CREDIT UNI | Secured Arrears Mortgage | 03/18/2026 | 4024017 | Disbursement To Creditor/Principal | 13.62 |

Total for Claim Number 9: 457.69

**Total for Part 3 - b (Prepetition Arrears):** **457.69**