United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10775-djb |
| Shirleen Miles Roberson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Apr 16, 2026 | Form ID: 138OBJ | Total Noticed: 49 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shirleen Miles Roberson, 1810 E. Pastorius Street, Philadelphia, PA 19138-1204 |
| 14643209 | + | American Heritage Federal Credit Union, c/o REBECCA ANN SOLARZ, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14593702 | + | Perloff Law, 415 S. Broad Street, 2R, Philadelphia, PA 19147-1171 |
| 14735376 | + | Philadelphia FCU, c/o William J. Levant, Esquire, Kaplin Stewart Meloff, Reiter & Stein, P.C., 910 Harvest Drive; P.O. Box 3037 Blue Bell, PA 19422-0765 |
| 14599453 | + | Philadelphia FCU, c/o Mester & Schwartz, P.C., 1917 Brown Street, Philadelphia, PA 19130-2085 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 17 2026 00:30:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 17 2026 00:30:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14604818 | | Email/PDF: bncnotices@becket-lee.com | Apr 17 2026 00:35:12 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14593686 | + | Email/Text: jvalencia@amhfcu.org | Apr 17 2026 00:30:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14593687 | + | Email/PDF: bncnotices@becket-lee.com | Apr 17 2026 00:35:22 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14593688 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Apr 17 2026 00:29:00 | Bank of America, Attn: Bankruptcy, PO Box 982234, El Paso, TX 79998 |
| 14598356 | + | Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | Apr 17 2026 00:30:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14608241 | | Email/Text: megan.harper@phila.gov | Apr 17 2026 00:31:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14593690 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 17 2026 00:35:27 | Cap1/l&t, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14593691 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 17 2026 00:35:16 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14606986 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 17 2026 00:35:06 | Capital One Bank (USA), N.A., 4515 N Santa Fe |

District/off: 0313-2 | User: admin | Page 2 of 4

Date Rcvd: Apr 16, 2026 | Form ID: 138OBJ | Total Noticed: 49

|  |  |  |  |
|---|---|---|---|
|  |  |  | Ave, Oklahoma City, OK 73118-7901 |
| 14593692 | + Email/Text: bankruptcy@cavps.com | Apr 17 2026 00:30:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 14600293 | + Email/Text: bankruptcy@cavps.com | Apr 17 2026 00:30:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14593693 | + Email/PDF: ais.chase.ebn@aisinfo.com | Apr 17 2026 00:35:27 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 14593694 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 17 2026 00:35:27 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 14593695 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 17 2026 00:35:16 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 14593696 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 17 2026 00:35:06 | Citibank/Sunoco, Attn: Bankruptcy, PO Box 790034, St Louis, MO 63179-0034 |
| 14593697 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 17 2026 00:35:16 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 14593698 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 17 2026 00:30:00 | Comenity Bank/Kingsize, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14593699 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 17 2026 00:35:06 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14608049 | Email/Text: bnc-quantum@quantum3group.com | Apr 17 2026 00:30:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14596403 | Email/Text: mrdiscen@discover.com | Apr 17 2026 00:29:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 14593700 | + Email/Text: mrdiscen@discover.com | Apr 17 2026 00:29:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 14613217 | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 17 2026 00:30:00 | Jefferson Capital Systems LLC, PO Box 7999, Saint Cloud MN 56302-9617 |
| 14599961 | + Email/Text: RASEBN@raslg.com | Apr 17 2026 00:29:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14599427 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 17 2026 00:35:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14598565 | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 17 2026 00:35:13 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14593701 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 17 2026 00:35:13 | Merrick Bank/CardWorks, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14601242 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 17 2026 00:30:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14593703 | Email/Text: CollectionsDept@PFCU.COM | Apr 17 2026 00:30:00 | Philadelphia Federal Credit Union, Attn: Bankruptcy, 12800 Townsend Road, Philadelphia, PA 19154 |
| 14593704 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 17 2026 00:29:00 | PNC Bank, Attn: Bankruptcy, PO Box 94982: Mailstop BR-YB58-01-5, Cleveland, OH 44101 |
| 14593705 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 17 2026 00:35:03 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14611278 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 17 2026 00:35:22 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |

District/off: 0313-2 | User: admin | Page 3 of 4
Date Rcvd: Apr 16, 2026 | Form ID: 138OBJ | Total Noticed: 49

| 14611104 | Email/Text: bnc-quantum@quantum3group.com | Apr 17 2026 00:30:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14593706 | ^ MEBN | Apr 17 2026 00:27:29 | Raymour & Flanigan, Attn: Bankruptcy, PO Box 130, Liverpool, NY 13088-0130 |
| 14593707 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 17 2026 00:35:03 | Resurgent Capital Services, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 14593708 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 17 2026 00:35:14 | Syncb/PPC, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14593710 | Email/Text: bankruptcy@td.com | Apr 17 2026 00:30:00 | TD Bank, N.A., 32 Chestnut Street, PO Box 1377, Lewiston, ME 04243 |
| 14602800 | + Email/Text: bncmail@w-legal.com | Apr 17 2026 00:30:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14602655 | + Email/Text: tdebn@credbankserv.com | Apr 17 2026 00:30:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14593709 | + Email/Text: bncmail@w-legal.com | Apr 17 2026 00:30:00 | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14609743 | Email/Text: USB_BNC_Emails@g2risksolutions.com | Apr 17 2026 00:30:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis, MO 63166-0108 |
| 14593711 | Email/Text: USB_BNC_Emails@g2risksolutions.com | Apr 17 2026 00:30:00 | US Bank, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402 |
| 14611114 | + Email/PDF: ebn_ais@aisinfo.com | Apr 17 2026 00:35:16 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 44

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14601243 | *+ | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14593689 | ##+ | Brandon Perloff, 315 N. 12th Street, 204, Philadelphia, PA 19107-1209 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2026    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: Apr 16, 2026 | Form ID: 138OBJ | Total Noticed: 49

FRANK TJ DILLON
         on behalf of Debtor Shirleen Miles Roberson tjdillon@howlandhess.com

KENNETH E. WEST
         ecfemails@ph13trustee.com  philaecf@gmail.com

MATTHEW K. FISSEL
         on behalf of Creditor American Heritage Federal Credit Union bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

United States Trustee
         USTPRegion03.PH.ECF@usdoj.gov

WILLIAM J LEVANT
         on behalf of Creditor PHILADELPHIA FEDERAL CREDIT UNION efile.wjl@kaplaw.com  wlevant@gmail.com


TOTAL: 5

*Form 138OBJ* (6/24)–doc 62 – 59

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                         )
   Shirleen Miles Roberson                )           Case No. 21–10775–djb
                                          )
                                          )
   Debtor(s).                             )           Chapter: 13
                                          )
                                          )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: April 16, 2026                                    For The Court

                                                    Mohung Wong
                                                    Clerk of Court