**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: Cyrus M. Knower<br>Caroline Y. Knower<br>**Debtors** | Chapter 13<br><br>Bankruptcy No. 17-12224 |

## ORDER

AND NOW, upon consideration of the Debtors' Motion to Reopen Bankruptcy Proceeding so as to file the Financial Management Certificates and the Domestic Support Obligation Certification.

IT IS HEREBY ORDERED that the above captioned bankruptcy proceeding be reopened for the limited purpose of filing the Financial Management Certificates and the Domestic Support Obligation Certifications and the debtors receiving his/her chapter 13 discharge.

BY THE COURT:

_____
**United States Bankruptcy Judge**

**Date: January 12, 2022**